## DUNNINGTON, BARTHOLOW & MILLER LLP

MARVIN M. BROWN
RAYMOND J. DOWD
JOHN T. DUNLAP
GEORGE W. GOWEN
C. RANDOLPH HOLLADAY
MICHAEL J. KOPCSAK
STEVEN E. LEWIS
ROBERT T. LINCOLN
ALBERT L. LINGELBACH
THOMAS V. MARINO
JOSEPH MICHAELS IV
JOHN W. SHROYER
CAROL A. SIGMOND
LOUIS E. TEITEL

ATTORNEYS AT LAW

1359 BROADWAY

NEW YORK, N.Y. 10018

—

TELEPHONE: (212) 682-6811
FACSIMILE: (212) 661-7769
DBM@DUNNINGTON.COM
WWW.DUNNINGTON.COM

FREDERICK W. LONDON
FRANCIS J. MOONEY, JR.
OF COUNSEL



August 11, 2009

VIA FACSIMILE ((212) 8054-6326)
Hon. Colleen McMahon
U.S. District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

*Conference adjourned to 10/2/09 @ 9:30 am.*

Re: Joint Request to Change Rule 16 Conference Date (09-cv-3706)

Dear Judge McMahon,

*[signed] Colleen McM*
8/11/09

We represent Plaintiffs Martin Grosz and Lilian Grosz in the above-referenced matter. We write pursuant to Rule (1)(E) of Your Honor's Individual Practices to request that the September 11, 2009 Rule 16 Conference be rescheduled. This request is made with the courteous consent of Margaret Dale, counsel to the Museum of Modern Art ("MoMA").

The reason for the request is that I am scheduled to be in Oklahoma City to be sworn in to the 10th Circuit Court of Appeals and to attend a conference of the Federal Bar Association, of which I am an officer.

This is the first request that this date be rescheduled. Counsel for MoMA has indicated a preference of Friday, September 18, 2009 as a rescheduling date.

Respectfully submitted,

Raymond J. Dowd, Esq.

cc:  (VIA E-MAIL)
Louis Solomon, Esq.
Margaret Dale, Esq.
Jennifer L. Jones, Esq.
Patricia Hertling, Esq.
Philip Smith, Esq.
David Rowland, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/09